I. Mark Bledstein
15915 Ventura Blvd., #203
Encino, CA 91436
(818) 995-0801

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.<br><br>          Plaintiff(s)<br>  v.<br><br>DABONA TANG<br><br>          Defendant(s). | CASE NUMBER<br><br>08-01475-R<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

  Dabona Tang    ☐ Plaintiff ☐ Defendant ☐ Other

*Name of Party*

to substitute I. Mark Bledstein who is

  ☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

15915 Ventura Blvd., #203

*Street Address*

Encino, CA 91436    imblaw@pacbell.net

*City, State, Zip*    *E-Mail Address*

(818) 995-0801  (818) 981-6098  47482

*Telephone Number* *Fax Number* *State Bar Number*

as attorney of record in place and stead of William R. Domnarski

*Present Attorney*

**is hereby X GRANTED  ☐ DENIED**
(Provided No Delay In Case.)

Dated January 7, 2009

U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.